**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER AMENDING** |
| Plaintiff, | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert J. Macfarlane, | ) | |
| | ) | Case No. 4:15-cr-035 |
| Defendant. | ) | |

On March 3, 2015, the court issued an order releasing defendant subject to a number of conditions, including the condition that he not contact the alleged victim of the charged offenses. The victim is defendant's fiancée. On March 4, 2015, defendant enter guilty pleas to the charged offenses. Because defendant's plea eliminated the potential that the victim would be required to testify at trial and based on the relationship of the defendant and the victim, the Government and defendant agreed it would be appropriate to permit defendant to have contact with his fiancée. Accordingly, the court **ORDERS** defendants conditions of release **AMENDED** to remove the condition prohibiting defendant from having contact with the alleged victim. All other conditions of release remain in effect.

    **IT IS SO ORDERED.**

    Dated this 4th day of March, 2015.

    */s/ Charles S. Miller, Jr.*
    Charles S. Miller, Jr., Magistrate Judge
    United States District Court